E-FILED 5/7/18
cc: PSA/USPO/FISCAL
    USM/BOP
RELEASE NO. D-5245
JS-3

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SUE J. BAI (Cal. Bar No. 319315)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2130
     Facsimile: (213) 894-0141
     E-mail:    sue.bai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSE MANUEL VELASQUEZ,<br><br>          Defendant. | No. CR 18-122-PSG<br><br>[~~PROPOSED~~] ORDER DISMISSING WITHOUT PREJUDICE THE INDICTMENT AS TO DEFENDANT JOSE MANUEL VELASQUEZ |

     Upon motion by plaintiff United States of America, the Court hereby dismisses without prejudice the indictment in the above-

//

//

//

//

//

//

//

//

//

captioned matter as to defendant JOSE MANUEL VELASQUEZ ("defendant"). The trial date against defendant for June 26, 2018 is vacated.

    IT IS SO ORDERED.

5/7/18

DATE:

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
SUE J. BAI
Assistant United States Attorney